**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **RYAN PFLIPSEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **vs.** ) | |
| ) | **FILE No. 5:24-cv-1304-OLG** |
| **NEW SIARA PROPERTIES, LP,** ) | |
| **d/b/a FOOD MART,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT NOTICE OF SETTLEMENT

The Parties, hereby jointly and respectfully provide this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and/or prepare and file dismissal papers with the Court.

Dated: July 29, 2025.

Respectfully submitted,
***Plaintiff, Ryan Pflipsen***
Dennis R. Kurz, Esq.
Texas State Bar No. 24068183
**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, SE, Ste. J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

***Defendant, New Siara Properties, LP***
R. Carlo Garcia, Esq.
**OLIVIA, SAKS, GARCIA,& CURIEL, LLC**
14255 Blanco Road
San Antonio, Texas 78216
cglaw@osgclaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically to the Clerk of the Court using CM/ECF/system on July 29, 2025.

*Defendant, New Siara Properties, LP*
R. Carlo Garcia, Esq.
**OLIVIA, SAKS, GARCIA,& CURIEL, LLC**
14255 Blanco Road
San Antonio, Texas 78216
cglaw@osgclaw.com

/s/  Dennis R. Kurz
Dennis R. Kurz, Esq.