**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**FILED**

August 15, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

| | | |
|---|---|---|
| **RYAN PFLIPSEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| vs. | ) | |
| | ) | **FILE No. 5:24-cv-1304-OLG** |
| **NEW SIARA PROPERTIES, LP,** | ) | |
| **d/b/a FOOD MART,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER APPROVING UNOPPOSED MOTION TO DISMISS DEFENDANT

THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion to Dismiss Defendants with Prejudice [D.E. # 13]. The Court has carefully considered the Plaintiff's written motion, and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.     The Defendant, **NEW SIARA PROPERTIES, LP, d/b/a FOOD MART** is hereby dismissed *with prejudice;*

2.     All pending motions and deadlines are hereby denied as moot.

3.     This case is **CLOSED**.

SIGNED this 15th day of August 2025.

_____
**ORLANDO L. GARCIA**
UNITED STATES DISTRICT JUDGE